**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| RUDY JAQUEZ,<br><br>      Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>      Defendants. | No. ED CV 21-756-JWH (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S FIRST INTERIM REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Magistrate Judge's First Interim Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge. Accordingly, it is hereby **ORDERED** as follows:

1. The First Interim Report and Recommendation is **ACCEPTED**.
2. All claims against defendant County of San Bernardino, and all claims against defendant Deputy Munoz in his official capacity, are **DISMISSED without further leave to amend** and **with prejudice**.
3. Plaintiff's claims against Deputy Munoz in his individual capacity will proceed.
4. The clerk is **DIRECTED** to serve this Order on all counsel or parties of record.

**IT IS SO ORDERED.**

DATED: March 14, 2022

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE