UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No. ED CV **21-756-JWH (PLA)**  Date **June 2, 2022**

Title: **Rudy Jaquez v. County of San Bernardino, et al.**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**  ☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**  (IN CHAMBERS)

Pursuant to this Court's Order of February 16, 2022, each party was ordered to file a Status Report no later than May 16, 2022. To date, the Court has not received plaintiff's Status Report. Accordingly, **no later than June 16, 2022, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and failure to comply with a Court Order. Filing of plaintiff's Status Report on or before **June 16, 2022**, shall be deemed compliance with this Order to Show Cause.

cc:   Rudy Jaquez, pro se
      Aamir Raza, Esq.
      Christina M. Sprenger, Esq.

Initials of Deputy Clerk   ch