UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: ED CV 21-756-JWH (PLA)                    Date: September 28, 2022

Title:   Rudy Jaquez v. County of San Bernardino, et al.

----

PRESENT:  THE HONORABLE   PAUL L. ABRAMS
                          UNITED STATES MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF(S):         ATTORNEYS PRESENT FOR DEFENDANT(S):
             NONE                                        NONE

PROCEEDINGS:  (IN CHAMBERS)   Order to Show Cause

Pursuant to this Court's Order of February 16, 2022, each party was ordered to file a Status Report no later than May 16, 2022. On August 16, 2022, the Court extended plaintiff's time to file his required Status Report to no later than September 6, 2022 -- his second extension of time to file the required Status Report. To date, the Court has not received plaintiff's Status Report.

Accordingly, **no later than October 12, 2022, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and failure to comply with a Court Order. Filing of plaintiff's Status Report on or before **October 12, 2022**, shall be deemed compliance with this Order to Show Cause.

**IT IS SO ORDERED**.

cc:    Rudy Jaquez, pro se
       Aamir Raza, Esq.
       Christina M. Sprenger, Esq.

Initials of Deputy Clerk    ch