**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RUDY JAQUEZ,

                Plaintiff,

        v.

COUNTY OF SAN BERNARDINO, et al.,

                Defendants.

No. ED CV 21-756-JWH (PLA)

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

1    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and

2    files herein, and the Magistrate Judge's Report and Recommendation.  The Court accepts the

3    recommendations of the Magistrate Judge.

4        Accordingly, it is hereby **ORDERED** as follows:

5        1.    The Report and Recommendation is accepted.

6        2.    Judgment shall be entered consistent with this Order.

7        3.    The clerk shall serve this Order and the Judgment on all counsel or parties of

8    record.

9    **IT IS SO ORDERED.**

10

11   DATED:  _____January 30, 2023_____        _____

12                                             HONORABLE JOHN W. HOLCOMB
                                               UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28