JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY JAQUEZ, | No. ED CV 21-756-JWH (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the action is **DISMISSED without prejudice** for failure to prosecute and to follow court orders and for failure to notify the Court of a change of address.

**IT IS SO ORDERED.**

DATED: January 30, 2023

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE